# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARKLEY GARDNER,** | : | No. 3:14cv858 |
| Petitioner | : | |
| v. | : | (Judge Munley) |
| | : | |
| **WARDEN JEFFREY THOMAS,** | : | (Magistrate Judge Blewitt) |
| Respondent | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 2nd day of September 2014, it is **HEREBY ORDERED** as follows:

1. Petitioner's objections to the Report and Recommendation (Doc. 15) are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Blewitt (Doc. 14) is **ADOPTED**;

3. Petitioner's motion for habeas corpus relief pursuant to 28 U.S.C. § 2241 is **DENIED**; and

4. The Clerk of Court is directed to **CLOSE** this case.

                                        **BY THE COURT:**

                                        **s/ James M. Munley**
                                        **JUDGE JAMES M. MUNLEY**
                                        **United States District Court**