# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARKLEY GARDNER,** | : | No. 3:14cv858 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **WARDEN JEFFREY THOMAS,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, to wit, this 31st day of May 2018, it is hereby ordered as follows:

1) Petitioner's Rule 60(b), (Doc. 25), is **DENIED** and

2) Petitioner's motion under Rule 15(c) is **DENIED**.

                                            **BY THE COURT:**

                                            **s/James M. Munley**
                                            **JUDGE JAMES M. MUNLEY**
                                            **United States District Court**